BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

OCT 07 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF: ) 2:11-SW-00296-DAD
)
ALL FUNDS MAINTAINED AT WELLS ) [PROPOSED] UNSEALING ORDER
FARGO BANK ACCOUNT NUMBER )
8047176948, HELD IN THE NAME )
MARJYN INVESTMENTS, LLC, )
)
   DEFENDANT )
)
_____)

On July 12, 2011, the Court entered a sealing order on the affidavit and seizure warrant numbered: 2:11-SW-00296-DAD. The United States now requests that the affidavit and seizure warrant listed above be unsealed.

IT IS SO ORDERED.

DATED: Oct 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1